525 MAIN STREET CORP., PLAINTIFF-PETITIONER, v. EAGLE ROOFING CO., INC., DEFENDANT-RESPONDENT.

*Messrs. Riker, Danzig, Marsh & Scherer* for the petitioner.

*Mr. Arthur E. Dienst* for the respondent.

September 19, 1960.   Granted.

IN THE MATTER OF THE ESTATE OF HENRY WELSH ROGERS, DECEASED.

*Mr. Israel B. Greene* and *Mr. Robert S. Banks* for the petitioner.

*Messrs. Clapp & Eisenberg* and *Mr. George S. Fischler* for the respondents.

September 19, 1960.   Denied.